UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

**MOUKHAMEDE FALL**                    **20 Mag 8410**

Defendant(s).
------------------------------------------------------------X

Defendant __MOUKHAMEDE FALL__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

✓   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

__s/ Moukamede Fall /o.t.w__            __[signature]__
Defendant's Signature                    Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__MOUKHAMEDE FALL__                     __Jeremy Schneider__
Print Defendant's Name                   Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__8/12/2020__                            __[signature]__
Date                                      U.S. District Judge/U.S. Magistrate
Judge